IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY, | No. 2:20-CV-2113-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ALEX HARFAT, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 6). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: November 18, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1