IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX FARHAT,<br><br>    Defendant. | No. 2:20-CV-2113-WBS-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 33, for an extension of time. Plaintiff's motion is denied because he does not state what deadline he wants extended. This Order is without prejudice to Plaintiff's renewed request with an appropriate clarification of what deadline is sought to be extended.

        IT IS SO ORDERED.

Dated: June 2, 2022

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE