# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY, | No. 2:20-CV-02113-WBS-DMC-P |
| Plaintiff, | |
| v. | AMENDED ORDER |
| ALEX FARHAT, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's "Motion for Discovery," ECF No. 30, and Defendant's opposition thereto, ECF No. 34.

In his motion, Plaintiff seeks an order directing Defendant to produce documents. See ECF No. 30. In his opposition, Defendant states that he has already served timely responses to the discovery requests at issue. See ECF No. 34. A copy of Defendant's responses is attached to Defendant's opposition at Exhibit B. See id. at 12-22. Defendant's response indicates that certain objections were raised and that, notwithstanding objections, various documents were produced. See id. In the current motion, Plaintiff does not present any arguments as to why Defendant's objections should be overruled or why additional documents should be produced.

/ / /

/ / /

1

1         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 30, is denied.

Dated: June 24, 2022

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE