IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY APPLEBY,**<br><br>                            Plaintiff,<br><br>        v.<br><br>**A. FARHAT,**<br><br>                            Defendant. | Case No. 2:20-cv-02113 WBS DMC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER** |

Defendant Farhat filed an Ex Parte Application to Modify the Court's Scheduling Order. Having read and considered the Application and its attachments, good cause exists to grant the requested modification based on counsel's declaration indicating the need for additional time to schedule Plaintiff's deposition.  The Court's Scheduling Order is hereby modified as follows:

Discovery Cutoff is extended from July 25, 2022 to **August 24, 2022**.

All other portions of the Scheduling Order will remain unchanged.

**IT IS SO ORDERED.**

Dated:  July 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1