IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY, | No. 2:20-CV-2113-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALEX FARHAT, | |
| Defendant. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court are: (1) Defendant's motions, ECF Nos. 42 and 46, for modification of the schedule; and (2) Plaintiff's motion, ECF No. 43, for an extension of time.

   Defendant seeks modification of the litigation schedule for this case pending resolution of Defendant's motion to compel discovery responses. Defendant's motions are well-taken and will be granted. Discovery closed on August 24, 2022. The current dispositive motion filing deadline will be vacated and re-set upon resolution of Defendant's motion to compel.[1]

/ / /

/ / /

---

[1] The Court notes that Defendant has filed a motion for summary judgment, ECF No. 47, apparently in an abundance of caution pending ruling on the motions to modify the schedule. When the Court re-sets the dispositive motion filing deadline upon resolution of Defendant's motion to compel, addressed separately, Defendant will be provided an opportunity to file an amended motion for summary judgment. In the meantime, the Court will suspend briefing on Defendant's motion for summary judgment.

1

Plaintiff seeks an extension of time to respond to Defendant's motion to compel. Good cause appearing therefore based on Plaintiff's declaration indicating the need for additional time due to problems sending his legal mail to defense counsel, Plaintiff's motion will be granted. With his motion, Plaintiff also asks the Court to forward to defense counsel documents Plaintiff sent to the Court in November 2022. In this regard, the Court's docket does not reflect any filings submitted by Plaintiff in November 2022. To the extent Plaintiff maintains that he in fact responded to Defendant's outstanding discovery requests but that those responses were never received by defense counsel, Plaintiff should provide Defendant another copy of his responses concurrent with his opposition to Defendant's motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motions, ECF Nos. 42 and 46, for modification of the schedule are granted.

2. The dispositive motion filing deadline is vacated and will be re-set following resolution of Defendant's motion to compel discovery responses.

3. Plaintiff's motion, ECF No. 43, for an extension of time to file an opposition to Defendant's motion to compel is granted.

4. Plaintiff's opposition to Defendant's motion to compel is due within 30 days of the date of this order.

5. Defendant may file a reply within 14 days after the date of service of Plaintiff's opposition brief.

6. Briefing on Defendant's motion for summary judgment ECF No. 47, is suspended.

Dated: June 15, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE