IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX FARHAT,<br><br>    Defendant. | No.  2:20-CV-02113-WBS-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  Pending before the Court is Defendant's motion to compel, ECF No. 41, and Plaintiff's motion for an extension of time, ECF No. 50.  Both motions are unopposed.

        In his motion to compel, Defendant argues that Plaintiff has not served responses to written discovery requests.  See ECF No. 41.  Defendant's counsel has filed a declaration in support of Defendant's motion indicating that, as of the date the motion to compel was filed, no responses to discovery had been received from Plaintiff.  See id. at 10-11.  Plaintiff has filed a motion for an extension of time to obtain medical records responsive to Defendant's discovery requests.  See ECF No. 50.

/ / /

/ / /

/ / /

Good cause appearing therefor, the Court will grant Defendant's unopposed motion to compel and Plaintiff's unopposed motion for an extension of time to provide discovery responses.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's unopposed motion to compel, ECF No. 41, is granted.

2. Plaintiff's unopposed motion for an extension of time, ECF No. 50, is granted.

3. Within 30 days of the date of this order, Plaintiff shall serve responses to Defendant's first set of interrogatories and first set of requests for production of documents.

4. Briefing on Defendant's motion for summary judgment remains suspended.

5. Within 30 days after service of Plaintiff's responses to outstanding discovery requests, Defendant may file a new motion for summary judgment, a motion to re-open discovery, or a notice that Defendant intends to stand on the currently pending motion for summary judgment.

Dated: August 29, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE