IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX FARHAT,<br><br>    Defendant. | No. 2:20-CV-2113-WBS-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action. On August 30, 2024, the Court granted Defendant's motion to compel and directed Plaintiff to serve responses to Defendant's first set of interrogatories and first set of requests for production of documents within 30 days. See ECF No. 51. The Court also directed Defendant to notify the Court following this deadline whether he intends to stand on the currently pending motion for summary judgment at ECF No. 47, file a new motion for summary judgment, or seek to re-open discovery, which is now closed. See id. On October 4, 2024, Defendant filed a notice of his intention to stand on the currently pending motion for summary judgment. See ECF No 52. The Court will, pursuant to Defendant's notice, set a briefing schedule for the pending motion for summary judgment.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Discovery in this case is closed.

2. Plaintiff's opposition to Defendant's motion for summary judgment is due within 30 days of the date of this order

3. Defendant may file a reply brief within 14 days of the date of service of Plaintiff's opposition

Dated:  November 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE